Case Name: Bobby Wade v. Quintana et al
Case NO. 5:18-CV-02681-JAK-KK

Request for Substitution of Defendant and Service by USM

5-21-20

FILED
CLERK, U.S. DISTRICT COURT
MAY 25 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Honorable Court,

Plaintiff has received dkt. 85 and would like to respectfully request that David Dittmore be substituted for defendant Kimberly Suttle-Chermock. Plaintiff would also like to respectfully request that the United States Marshall Service serve Mr. David Dittmore

Thank you in advance
Sincerely mr Bobby Wade

Name Bobby Wade
Reg. No 94252-111 Unit 6B
United States Penitentiary McCreary
P.O.Box 3000
Pine Knot, KY 42635

United States Penitentiary, McCreary
Pine Knot, KY 42635
Date: 5-27-2020
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

Legal Mail

United States District Court
Central District of California
Office of the Clerk
255 East Temple street, Room 180
Los Angeles, Ca 90012

KK

RECEIVED
DISTRICT COURT

90012-333299