UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WADE,<br><br>                Plaintiff,<br><br>        v.<br><br>FRANCISCO J. QUINTANA, ET AL.,<br><br>                Defendant(s). | Case No. 5:18-cv-02681-FLA (KKx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The court accepts the findings and recommendation of the Magistrate Judge.

      It is therefore ORDERED that 1) Defendant United States of America's Motion to Dismiss is DENIED; and 2) the Individual Defendants' Motions for Summary Judgment are GRANTED. Accordingly, all claims in the SAC against Defendants Brigitte Wolverton, Liza Hoen, Edward Perez, Rachael Academia, Carmen Herrera, and David Dittemore are dismissed without prejudice.

Dated: February 27, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge