1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10   BOBBY WADE,

11                                Plaintiff,

12                      v.

13   FRANCISCO J. QUINTANA, et al.,

14                                Defendants.

15

Case No. 5:18-cv-02681-FLA (KK)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the court has reviewed the Second Amended

18   Complaint, the relevant records on file, and the Report and Recommendation of the

19   United States Magistrate Judge.  No objections have been filed.  The court accepts the

20   findings and recommendation of the Magistrate Judge.

21        IT IS THEREFORE ORDERED that Judgment be entered dismissing this

22   action without prejudice.

23

24   Dated: October 11, 2022

25   _____

26        FERNANDO L. AENLLE-ROCHA
          United States District Judge

27

28