JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WADE, | Case No. 5:18-cv-02681-FLA (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANCISCO J. QUINTANA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 11, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge